**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

U.S. Bank National Association ND,

        Plaintiff,                        Civil No.10-3612 (RHK/XXX)

vs.                                          **ORDER**

Ricky J. Sims, Vicki L. Sims, St. Cloud Medical
Group PA, United States of America, J. Doe I-V,
XYZ Co., I-V,

        Defendants.

---

        This matter is venued in the Sixth Division.

        All proceedings before the undersigned (motions, triasl, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 23, 2010

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge