# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

U.S. Bank National Association, ND,

                Plaintiff,

                              Civ. No. 10-3612 (RHK/LIB)
                              **ORDER**

v.

Ricky J. Sims, *et al.*,

                Defendants.

---

      Based on the Stipulation of the parties that have appeared in this matter (Doc. No. 23), **IT IS ORDERED** that this action is **REMANDED** to the Stearns County, Minnesota District Court. The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Stearns County District Court.

Dated: February 23, 2011                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge